UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:21-cv-01735-JLS-KES                                    Date:  October 14, 2022
Title:  Brian Traister v. Albertsons LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | N/A |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY OPPOSITION SHOULD NOT BE STRICKEN FOR LATE FILING (Doc. 31)**

On July 22, 2022, Defendant filed a Motion for Summary Judgment, which is currently set for hearing on October 28, 2022 at 10:30 a.m.  (Mot., Doc. 21.)  Pursuant to Local Rule 7-9, any opposition was due twenty-one days before the hearing, which was October 7, 2022.  (*See also* C.D. Cal. R. 56-2 (requiring a party opposing a summary judgment motion to concurrently file a separate document containing a Statement of Genuine Disputes).)  Plaintiff did not file any opposition on October 7.  On October 12, Defendant filed a Notice of Non-Opposition alerting the Court that Defendant's motion was unopposed.  (Notice, Doc. 30.)  The next day, nearly a week late, Plaintiff filed his opposition to Defendant's summary judgment motion.  (Opp., Doc. 31; *see also* Statement of Genuine Disputes, Doc. 32, and Declarations, Docs. 33-35.)

Under Local Rule 7-12, "[t]he Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule."  Accordingly, no later than **October 17, 2022**, Plaintiff is ORDERED to show cause why the late filings should not be stricken.

The deadline for Defendant to file a Reply is STAYED until further notice from the Court.

Initials of Preparer:  vrv