JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TRAISTER, | Case No. 8:21-cv-01735-JLS-(KESx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ALBERTSON'S LLC, | |
| Defendant. | |

The Motion for Summary Judgment brought by Defendant Albertson's LLC ("Albertson's") against Plaintiff Brian Traister ("Traister") was decided by this Court on January 11, 2023, after full consideration of all of the moving, opposition, and reply papers filed by the parties. The Court GRANTED Albertson's Motion. (Order, Doc. 46.)

Accordingly, it is ORDERED and ADJUDGED that (1) Plaintiff Brian Traister shall have and recover nothing by reason of the Action; (2) judgment shall be entered in favor of Defendant Albertson's LLC; and (3) Albertson's shall recover from Traister its costs of action, to be determined by subsequent motion, and/or bills of costs.

IT IS SO ORDERED.

DATED: January 25, 2023

By: _____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE